# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALGEBRAIX LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>PERMISSION.IO INC.,<br><br>    Third-Party Defendant. | Civil Action No. 2:24-CV-00999-JRG<br><br>**JURY TRIAL DEMANDED** |

### ALGEBRAIX LLC'S AND INTERNATIONAL BUSINESS MACHINES CORPORATION, INC.'S JOINT UNOPPOSED MOTION TO EXTEND TIME TO SERVE DISCLOSURES UNDER P.R. 3-1 AND 3-2

Plaintiff Algebraix LLC ("Algebraix") and Defendant/Counterclaim Plaintiff International Business Machines Corporation ("IBM") respectfully request that the Court extend the deadlines to comply with certain disclosures under P.R. 3-1 and 3-2 by two weeks, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| P.R. 3-1(a) Disclosure of Algebraix's and IBM's Asserted Claims | March 12, 2025 | March 12, 2025 |
| P.R. 3-1 Disclosure of Algebraix's and IBM's Infringement Contentions (and P.R. 3-2 Document Production Accompanying Disclosure) | March 12, 2025 | March 26, 2025 |

Algebraix and IBM request this extension in light of various scheduling conflicts on the attorney teams representing them. This requested extension of time is not for the purpose of delay and will not prejudice the parties. Counsel for Algebraix and IBM have conferred with Permission.io Inc. ("Permission.io"), and Permission.io does not oppose this extension.

Dated: March 5, 2025                                Respectfully Submitted,

/s/ Karim Oussayef by permission Andrea L. Fair
Karim Oussayef, Lead Attorney
(admitted *pro hac vice*)
Email: koussayef@desmaraisllp.com
Tamir Packin (admitted *pro hac vice*)
Email: tpackin@desmaraisllp.com
Benjamin N. Luehrs
Texas Bar No.440317
Email: bluehrs@desmaraisllp.com
Carson Olsheski (admitted *pro hac vice*)
Email: colsheski@desmaraisllp.com
Caitrianne Feddeler (admitted *pro hac vice*)
Email: cfeddeler@desmaraisllp.com
Allan Carlsen (admitted *pro hac vice*)
Email: acarlsen@desmaraisllp.com
Ashley DaBiere (admitted *pro hac vice*)
Email: adabiere@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Fax: 212-351-3401

YuKai Bao (admitted *pro hac vice*)
Email: ybao@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, California 94111
Telephone: 415-573-1900
Fax: 415-573-1901

*Of Counsel:*
Andrea L. Fair
Email: andrea@millerfairhenry.com
Texas Bar No. 24078488
**MILLER FAIR HENRY PLLC**

1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Fax: 903-757-2323

*Counsel for Defendant/Counterclaim Plaintiff International Business Machines Corporation*

*/s/ Patrick J. Conroy*
**Patrick J. Conroy (Lead Counsel)**
Texas Bar No. 24012448
Justin Kimble
Texas Bar No. 24036909
Brandon Moore
Texas Bar No. 24082372
**Nelson Bumgardner Conroy PC**
2727 N. Harwood, Suite 250
Dallas, Texas 75201
Tel: (214) 446-4950
pat@nelbum.com
justin@nelbum.com
brandon@nelbum.com

**Carder Brooks**
Texas Bar No. 24105536
**Janson H. Westmoreland**
Texas Bar No. 24131755
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
carder@nelbum.com
janson@nelbum.com

**Timothy E. Grochocinski**
Illinois Bar No. 6295055
**Nelson Bumgardner Conroy PC**
745 McClintock Road, Suite 340
Burr Ridge, Illinois 60527
Tel: (708) 675-1975
tim@nelbum.com

*Attorneys For Plaintiff Algebraix LLC*

3

**CERTIFICATE OF CONFERENCE**

I certify that on March 3, 2025, counsel for IBM and Algebraix conferred via email regarding the subject matter of this motion with counsel for Permission.io, who indicated it does not oppose the relief requested.

*/s/ Karim Oussayef*
Karim Oussayef

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 5, 2025.

*/s/ Karim Oussayef*
Karim Oussayef
